IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LIBRO ZAMBELLI, as
Personal Representative of the
Estate of Doris Zambelli,

    Plaintiff,

v.                                  CASE NO.: 1:08cv153-SPM/AK

R.J. REYNOLDS TOBACCO COMPANY,
Individually and as successor by merger
to the BROWN & WILLIAMSON
TOBACCO CORPORATION ,individually
and as successor by merger to THE
AMERICAN TOBACCO COMPANY, a
foreign corporation; LORRILARD TOBACCO
COMPANY, a foreign corporation.

    Defendants.
_____/

## ORDER REMANDING CASE TO STATE COURT

Upon consideration of Plaintiff's motion for remand (doc. 8) explaining that complete diversity of citizenship is lacking, and Defendant's non-opposition (doc. 11), it is

ORDERED AND ADJUDGED:

1.    The motion for remand (doc. 8) is granted.

2.    This case is remanded to the Circuit Court for the Eighth Judicial Circuit, Alachua County, Florida.

DONE AND ORDERED this 27th day of August, 2008.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge